Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:        jsaveri@saverilawfirm.com
              swilliams@saverilawfirm.com
              czirpoli@saverilawfirm.com
              eabuchanan@saverilawfirm.com
              tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:    (323) 968-2632
Facsimile:    (415) 395-9940
Email:        mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 3, et al., | Case No. 3:22-cv-07074-LB |
| Individual and Representative Plaintiffs, | CLASS ACTION |
| v. | |
| GITHUB, INC., et al., | **PROOF OF SERVICE OF SUMMONS ON GITHUB, INC.** |
| Defendants. | |

1

**PROOF OF SERVICE OF SUMMONS ON GITHUB, INC.**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-07074-LB

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) GITHUB, INC., a Delaware corporation
was received by me on (date) 11/15/2022.

☐ I personally served the summons on the individual at (place) _____
on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) Koy Saechao, Service Intake Clerk, at 2:42 PM , who is designated by law to accept service of process on behalf of (name of organization) Corporation Service Company 2710 Gateway Oaks Dr., #150 N, Sacramento, CA 95833 on (date) 11/15/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/15/2022

*[signature]*
Server's signature

Robert J. Mason, Process Server, Placer County #03-007
Printed name and title

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
Server's address

Additional information regarding attempted service, etc: