1  Joseph R. Saveri (State Bar No. 130064)
   Steven N. Williams (State Bar No. 175489)
2  Cadio Zirpoli (State Bar No. 179108)
3  Elissa A. Buchanan (State Bar No. 249996)
   Travis Manfredi (State Bar No. 281779)
4  JOSEPH SAVERI LAW FIRM, LLP
   601 California Street, Suite 1000
5  San Francisco, California 94108
6  Telephone:     (415) 500-6800
   Facsimile:     (415) 395-9940
7  Email:         jsaveri@saverilawfirm.com
                  swilliams@saverilawfirm.com
8                 czirpoli@saverilawfirm.com
9                 eabuchanan@saverilawfirm.com
                  tmanfredi@saverilawfirm.com
10
11 Matthew Butterick (State Bar No. 250953)
   1920 Hillhurst Avenue, #406
12 Los Angeles, CA 90027
   Telephone:     (323) 968-2632
13 Facsimile:     (415) 395-9940
   Email:         mb@buttericklaw.com
14
15 *Counsel for Individual and Representative Plaintiffs and the Proposed Class*

16                 UNITED STATES DISTRICT COURT
17                NORTHERN DISTRICT OF CALIFORNIA
18                    SAN FRANCISCO DIVISION

19 | J. DOE 3, et al., | Case No. 3:22-cv-07074-LB |
20 | Individual and Representative Plaintiffs, | CLASS ACTION |
21 | v. | |
22 | GITHUB, INC., et al., | **PROOF OF SERVICE OF SUMMONS ON OPENAI, INC.** |
23 | Defendants. | |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-07074-LB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* OPENAI, INC., a Delaware nonprofit corporation

was received by me on *(date)* 11/15/2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Koy Saechao, Service Intake Clerk, at 2:42 PM, who is designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company 2710 Gateway Oaks Dr., #150 N, Sacramento, CA 95833 on *(date)* 11/15/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/15/2022

*Server's signature*

Robert J. Mason, Process Server, Placer County #03-007
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc: