UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE 3, et al.,<br><br>   Individual and Representative Plaintiffs,<br><br>   v.<br><br>GITHUB, INC., et al.,<br><br>   Defendants. | Case No.  3:22-cv-07074-LB<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:  November 28, 2022

NAME: Joseph R. Saveri

*/s/ Joseph R. Saveri*
         *Signature*

COUNSEL FOR (OR "PRO SE"): Individual and Representative Plaintiffs J. DOE 3 and J. DOE 4, individually and on behalf of all others similarly situated

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2022, I served a copy of

- **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

via U.S. mail on the counsel listed below.

*/s/ Amara Getzell*
Amara Getzell

GITHUB, INC., a Delaware corporation
c/o CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO, CA  95833

MICROSOFT CORPORATION, a Washington corporation
c/o CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO, CA  95833

OPENAI, INC., a Delaware nonprofit corporation
c/o CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO, CA  95833

OPENAI, L.P., a Delaware limited partnership
c/o CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO, CA  95833

OPENAI GP, L.L.C., a Delaware limited liability company
c/o CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO, CA  95833

OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company
c/o CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO, CA  95833

OPENAI STARTUP FUND I, L.P., a Delaware limited partnership
c/o CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO, CA  95833

OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company
c/o CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO, CA  95833