ANNETTE L. HURST (STATE BAR NO. 148738)
ahurst@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:	+1 415 773 5700
Facsimile:	+1 415 773 5759

WILLIAM W. OXLEY (STATE BAR NO. 136793)
woxley@orrick.com
ALYSSA M. CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Los Angeles, CA  90071
Telephone:	+1 213-629-2020
Facsimile:	+1 213-612-2499

Attorneys for Defendants
MICROSOFT CORPORATION, and
GITHUB, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 3 and J. DOE 4, individually and on behalf of other similarly situated,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., a Delaware corporation, et al.,<br><br>Defendants. | Case No. 3:22-cv-07074-LB<br><br>**NOTICE OF APPEARANCE BY ANNETTE L. HURST** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Annette L. Hurst of Orrick, Herrington & Sutcliffe LLP enters her appearance in the above-captioned matter for Defendants Microsoft Corporation and GitHub, Inc.

Defendants Microsoft Corporation and GitHub, Inc. hereby request that all notices, including electronic ECF notices, given or required to be given, and all papers served or required to be served in the above-captioned matter be provided to and served upon counsel at the address set forth below:

>Annette L. Hurst
>ahurst@orrick.com
>Orrick, Herrington & Sutcliffe LLP
>405 Howard Street San Francisco, CA 94105-2669
>Telephone:   +1-415-773-5700
>Facsimile:    +1-415-773-5759

Dated: December 2, 2022                         ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____*/s/Annette L. Hurst*_____
ANNETTE L. HURST
Attorneys for Defendants
MICROSOFT CORPORATION and
GITHUB, INC.