1  ANNETTE L. HURST (STATE BAR NO. 148738)
ahurst@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
3  405 Howard Street
San Francisco, CA  94105-2669
4  Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759
5
WILLIAM W. OXLEY (STATE BAR NO. 136793)
6  woxley@orrick.com
ALYSSA M. CARIDIS (STATE BAR NO. 260103)
7  acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
8  355 S. Grand Avenue
Los Angeles, CA  90071
9  Telephone:    +1 213-629-2020
Facsimile:    +1 213-612-2499
10
Attorneys for Defendants
11  MICROSOFT CORPORATION, and
GITHUB, INC.
12

13                **UNITED STATES DISTRICT COURT**

14               **NORTHERN DISTRICT OF CALIFORNIA**

15                   **SAN FRANCISCO DIVISION**

16

17  J. DOE 3 and J. DOE 4, individually and on          Case No. 3:22-cv-07074-LB
behalf of other similarly situated,
18                                                      **NOTICE OF APPEARANCE BY**
                    Individual and                      **WILLIAM W. OXLEY**
19                  Representative Plaintiffs,

20        v.

21  GITHUB, INC., a Delaware corporation, et al.,

22                  Defendants.

23

24

25

26

27

28

1 | **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2 |     PLEASE TAKE NOTICE that William W. Oxley of Orrick, Herrington & Sutcliffe LLP

3 | enters his appearance in the above-captioned matter for Defendants Microsoft Corporation and

4 | GitHub, Inc.

5 |     Defendants Microsoft Corporation and GitHub, Inc. hereby request that all notices,

6 | including electronic ECF notices, given or required to be given, and all papers served or required

7 | to be served in the above-captioned matter be provided to and served upon counsel at the address

8 | set forth below:

9 
10 |     William W. Oxley
    woxley@orrick.com
    Orrick, Herrington & Sutcliffe LLP
11 |     355 S. Grand Avenue
    Los Angeles, CA  90071
12 |     Telephone:    +1 213-629-2020
    Facsimile:    +1 213-612-2499
13 

14 | Dated: December 2, 2022         ORRICK, HERRINGTON & SUTCLIFFE LLP

15 

16 | By:         */s/William W. Oxley*
17 |         WILLIAM W. OXLEY
        Attorneys for Defendants
18 |         MICROSOFT CORPORATION and
        GITHUB, INC.

19
20
21
22
23
24
25
26
27
28