ANNETTE L. HURST (STATE BAR NO. 148738)
ahurst@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

WILLIAM W. OXLEY (STATE BAR NO. 136793)
woxley@orrick.com
ALYSSA M. CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213-629-2020
Facsimile: +1 213-612-2499

Attorneys for Defendants
MICROSOFT CORPORATION, and
GITHUB, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 3 and J. DOE 4, individually and on behalf of other similarly situated,<br><br>　　　　Individual and Representative Plaintiffs,<br><br>　　v.<br><br>GITHUB, INC., a Delaware corporation, et al.,<br><br>　　　　Defendants. | Case No. 3:22-cv-07074-LB<br><br>**NOTICE OF APPEARANCE BY ALYSSA M. CARIDIS** |

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2      PLEASE TAKE NOTICE that Alyssa M. Caridis of Orrick, Herrington & Sutcliffe LLP

3  enters her appearance in the above-captioned matter for Defendants Microsoft Corporation and

4  GitHub, Inc.

5      Defendants Microsoft Corporation and GitHub, Inc. hereby request that all notices,

6  including electronic ECF notices, given or required to be given, and all papers served or required

7  to be served in the above-captioned matter be provided to and served upon counsel at the address

8  set forth below:

> Alyssa M. Caridis
> acaridis@orrick.com
> Orrick, Herrington & Sutcliffe LLP
> 355 S. Grand Avenue
> Los Angeles, CA  90071
> Telephone:    +1 213-629-2020
> Facsimile:    +1 213-612-2499

Dated: December 2, 2022                          ORRICK, HERRINGTON & SUTCLIFFE LLP

By:    */s/Alyssa M. Caridis*
ALYSSA M. CARIDIS
Attorneys for Defendants
MICROSOFT CORPORATION and
GITHUB, INC.