Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               swilliams@saverilawfirm.com
               czirpoli@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 3, et al., <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> GITHUB, INC., et al., <br><br> Defendants. | Case No. 3:22-cv-07074-LB <br><br> **NOTICE OF APPEARANCE OF ELISSA A. BUCHANAN** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Elissa A. Buchanan of Joseph Saveri Law Firm, LLP hereby appears as counsel of record for Plaintiffs in this action. Ms. Buchanan is registered with the Court's CM/ECF system and may be served notice through that system. Ms. Buchanan's contact information is as follows:

>Elissa A. Buchanan (SBN 249996)
>Joseph Saveri Law Firm, LLP
>601 California Street, Suite 1000
>San Francisco, CA  94108
>Telephone: 415-500-6800
>Facsimile: 415-395-9940
>Email: eabuchanan@saverilawfirm.com

Dated: December 2, 2022                By:      */s/ Elissa A. Buchanan*
                                                   Elissa A. Buchanan

>Joseph R. Saveri (State Bar No. 130064)
>Steven N. Williams (State Bar No. 175489)
>Cadio Zirpoli (State Bar No. 179108)
>Elissa A. Buchanan (State Bar No. 249996)
>Travis Manfredi (State Bar No. 281779)
>**JOSEPH SAVERI LAW FIRM, LLP**
>601 California Street, Suite 1000
>San Francisco, California 94108
>Telephone:    (415) 500-6800
>Facsimile:    (415) 395-9940
>Email:        jsaveri@saverilawfirm.com
>              swilliams@saverilawfirm.com
>              czirpoli@saverilawfirm.com
>              eabuchanan@saverilawfirm.com
>              tmanfredi@saverilawfirm.com

>Matthew Butterick (State Bar No. 250953)
>1920 Hillhurst Avenue, #406
>Los Angeles, CA 90027
>Telephone:    (323) 968-2632
>Facsimile:    (415) 395-9940
>Email:        mb@butterricklaw.com

*Counsel for Plaintiffs and the Proposed Class*