| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| 2 | Steven N. Williams (State Bar No. 175489) |
|   | Cadio Zirpoli (State Bar No. 179108) |
| 3 | Elissa A. Buchanan (State Bar No. 249996) |
| 4 | Travis Manfredi (State Bar No. 281779) |
|   | **JOSEPH SAVERI LAW FIRM, LLP** |
| 5 | 601 California Street, Suite 1000 |
|   | San Francisco, California 94108 |
| 6 | Telephone:    (415) 500-6800 |
| 7 | Facsimile:     (415) 395-9940 |
|   | Email:           jsaveri@saverilawfirm.com |
| 8 |                      swilliams@saverilawfirm.com |
|   |                      czirpoli@saverilawfirm.com |
| 9 |                      eabuchanan@saverilawfirm.com |
| 10|                      tmanfredi@saverilawfirm.com |

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:    (323) 968-2632
Facsimile:     (415) 395-9940
Email:           mb@butericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 3, et al., | Case No. 3:22-cv-07074-LB |
|    Individual and Representative Plaintiffs, | |
|    v. | **NOTICE OF APPEARANCE OF TRAVIS MANFREDI** |
| GITHUB, INC., et al., | |
|    Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  Please take notice that Travis Manfredi of Joseph Saveri Law Firm, LLP hereby appears as counsel of record for Plaintiffs in this action. Mr. Manfredi is registered with the Court's CM/ECF system and may be served notice through that system. Mr. Manfredi's contact information is as follows:

Travis Manfredi (SBN 281779)
The Joseph Saveri Law Firm
601 California Street, Suite 1000
San Francisco, CA  94108
Telephone: 415-500-6800
Facsimile: 415-395-9940
Email: tmanfredi@saverilawfirm.com

Dated: December 2, 2022      By:    */s/ Travis Manfredi*
                    Travis Manfredi

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:           jsaveri@saverilawfirm.com
      swilliams@saverilawfirm.com
      czirpoli@saverilawfirm.com
      eabuchanan@saverilawfirm.com
      tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:    (323) 968-2632
Facsimile:      (415) 395-9940
Email:           mb@butoricklaw.com

*Counsel for Plaintiffs and the Proposed Class*