| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| 2 | Steven N. Williams (State Bar No. 175489) |
|   | Cadio Zirpoli (State Bar No. 179108) |
| 3 | Elissa A. Buchanan (State Bar No. 249996) |
| 4 | Travis Manfredi (State Bar No. 281779) |
|   | **JOSEPH SAVERI LAW FIRM, LLP** |
| 5 | 601 California Street, Suite 1000 |
|   | San Francisco, California 94108 |
| 6 | Telephone:    (415) 500-6800 |
| 7 | Facsimile:    (415) 395-9940 |
|   | Email:    jsaveri@saverilawfirm.com |
| 8 |           swilliams@saverilawfirm.com |
| 9 |           czirpoli@saverilawfirm.com |
|   |           eabuchanan@saverilawfirm.com |
| 10 |           tmanfredi@saverilawfirm.com |
| 11 | Matthew Butterick (State Bar No. 250953) |
|    | 1920 Hillhurst Avenue, #406 |
| 12 | Los Angeles, CA 90027 |
|    | Telephone:    (323) 968-2632 |
| 13 | Facsimile:    (415) 395-9940 |
|    | Email:    mb@butterickclaw.com |
| 14 | *Counsel for Individual and Representative* |
| 15 | *Plaintiffs and the Proposed Class* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| J. DOE 3, et al., | Case No. 3:22-cv-07074-LB |
|     Individual and Representative Plaintiffs, | |
|         v. | **NOTICE OF APPEARANCE OF MATTHEW BUTTERICK** |
| GITHUB, INC., et al., | |
|                                    Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Matthew Butterick hereby appears as counsel of record for Plaintiffs in this action. Mr. Butterick is registered with the Court's CM/ECF system and may be served notice through that system. Mr. Butterick's contact information is as follows:

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butloricklaw.com

Dated: December 2, 2022      By:   */s/ Matthew Butterick*
                                   Matthew Butterick

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:   (323) 968-2632
Facsimile:   (415) 395-9940
Email:       mb@buttericklaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:   (415) 395-9940
Email:       jsaveri@saverilawfirm.com
             swilliams@saverilawfirm.com
             czirpoli@saverilawfirm.com
             eabuchanan@saverilawfirm.com
             tmanfredi@saverilawfirm.com

*Counsel for Plaintiffs and the Proposed Class*