| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| 2 | Steven N. Williams (State Bar No. 175489) |
|   | Cadio Zirpoli (State Bar No. 179108) |
| 3 | Elissa A. Buchanan (State Bar No. 249996) |
| 4 | Travis Manfredi (State Bar No. 281779) |
|   | **JOSEPH SAVERI LAW FIRM, LLP** |

601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               swilliams@saverilawfirm.com
               czirpoli@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 3, et al., | Case No. 3:22-cv-07074-LB |
| Individual and Representative Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE OF STEVEN N. WILLIAMS** |
| GITHUB, INC., et al., | |
| Defendants. | |

NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  Please take notice that Steven N. Williams of Joseph Saveri Law Firm, LLP hereby appears as counsel of record for Plaintiffs in this action. Mr. Williams is registered with the Court's CM/ECF system and may be served notice through that system. Mr. Williams' contact information is as follows:

Steven N. Williams (SBN 175489)
The Joseph Saveri Law Firm
601 California Street, Suite 1000
San Francisco, CA  94108
Telephone: 415-500-6800
Facsimile: 415-395-9940
Email: swilliams@saverilawfirm.com

Dated: December 5, 2022      By:   */s/ Steven N. Williams*
                   Steven N. Williams

            Joseph R. Saveri (State Bar No. 130064)
            Steven N. Williams (State Bar No. 175489)
            Cadio Zirpoli (State Bar No. 179108)
            Elissa A. Buchanan (State Bar No. 249996)
            Travis Manfredi (State Bar No. 281779)
            **JOSEPH SAVERI LAW FIRM, LLP**
            601 California Street, Suite 1000
            San Francisco, California 94108
            Telephone: (415) 500-6800
            Facsimile: (415) 395-9940
            Email:  jsaveri@saverilawfirm.com
                 swilliams@saverilawfirm.com
                 czirpoli@saverilawfirm.com
                 eabuchanan@saverilawfirm.com
                 tmanfredi@saverilawfirm.com

            Matthew Butterick (State Bar No. 250953)
            1920 Hillhurst Avenue, #406
            Los Angeles, CA 90027
            Telephone: (323) 968-2632
            Facsimile: (415) 395-9940
            Email:  mb@buttericklaw.com

            *Counsel for Plaintiffs and the Proposed Class*