| | |
|---|---|
| 1 | MICHAEL A. JACOBS (SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | TIFFANY CHEUNG (SBN 211497) |
|   | TCheung@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
|   | Telephone:    (415) 268-7000 |
| 5 | Facsimile:    (415) 268-7522 |
| 6 | JOSEPH C. GRATZ (SBN 240676) |
|   | JGratz@durietangri.com |
| 7 | DURIE TANGRI |
|   | 217 Leidesdorff Street |
| 8 | San Francisco, California 94111-3007 |
|   | Telephone:    (415) 362-6666 |
| 9 | Facsimile:    (415) 236-6300 |
|   | [CAPTION PAGE CONTINUED ON NEXT PAGE] |

Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 3 and J. DOE 4, individually and on behalf of all others similarly situated, | Case No. 3:22-cv-07074-LB |
| Plaintiffs, | **CLASS ACTION** |
| v. | **NOTICE OF APPEARANCE BY ROSE S. LEE** |
| GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company, | |
| Defendants. | |

1
2  ROSE S. LEE (SBN 294658)
   RoseLee@mofo.com
3  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
4  Los Angeles, California 90017-3543
   Telephone:   (213) 892-5200
5  Facsimile:   (213) 892-5454
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD |
| 2 | PLEASE TAKE NOTICE of the appearance of Rose S. Lee of the law offices of |
| 3 | Morrison & Foerster LLP, as counsel of record for and on behalf of Defendants OpenAI, Inc., |
| 4 | OpenAI L.P., OpenAI G.P., L.L.C., OpenAI Startup Fund GP I., OpenAI Startup Fund I, L.P., |
| 5 | and OpenAI Startup Fund Management, LLC in the above-entitled matter for the purpose of |
| 6 | receiving notices and orders from the Court.  Copies of all pleadings and notices pertaining to |
| 7 | the above-entitled action not otherwise filed through the Court's electronic filing system should |
| 8 | be forwarded to counsel at the following address: |

> Rose S. Lee
> MORRISON & FOERSTER LLP
> 707 Wilshire Boulevard
> Los Angeles, California  90017-3543
>
> Telephone:   (213) 892-5200
> Facsimile:    (213) 892-5454
> Email:          RoseLee@mofo.com

| | | |
|---|---|---|
| Dated: December 6, 2022 | MORRISON & FOERSTER LLP | |

By:    */s/ Rose S. Lee*
       Rose S. Lee

MICHAEL A. JACOBS (SBN 111664)
MJacobs@mofo.com
TIFFANY CHEUNG (SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

JOSEPH C. GRATZ (SBN 240676)
JGratz@durietangri.com
DURIE TANGRI
217 Leidesdorff Street
San Francisco, California 94111-3007
Telephone:    (415) 362-6666
Facsimile:    (415) 236-6300

ROSE S. LEE (SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:    (213) 892-5200
Facsimile:    (213) 892-5454

Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company