1    MICHAEL A. JACOBS (SBN 111664)
     MJacobs@mofo.com
2    TIFFANY CHEUNG (SBN 211497)
     TCheung@mofo.com
3    MORRISON & FOERSTER LLP
     425 Market Street
4    San Francisco, California  94105-2482
     Telephone:     (415) 268-7000
5    Facsimile:     (415) 268-7522

6    JOSEPH C. GRATZ (SBN 240676)
     JGratz@durietangri.com
7    DURIE TANGRI
     217 Leidesdorff Street
8    San Francisco, California 94111-3007
     Telephone:    (415) 362-6666
9    Facsimile:    (415) 236-6300
     [CAPTION PAGE CONTINUED ON NEXT PAGE]
10

11   Attorneys for Defendants OPENAI, INC., a Delaware nonprofit
     corporation, OPENAI, L.P., a Delaware limited partnership;
     OPENAI GP, L.L.C., a Delaware limited liability company;
12   OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited
     liability company; OPENAI STARTUP FUND I, L.P., a
13   Delaware limited partnership; OPENAI STARTUP FUND
     MANAGEMENT, LLC, a Delaware limited liability company
14

15                   UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                      SAN FRANCISCO DIVISION

18   J. DOE 3 and J. DOE 4, individually and on behalf     Case No. 3:22-cv-07074-LB
     of all others similarly situated,
19                                                         **OPENAI STARTUP FUND I,**
                      Plaintiffs,                          **L.P.'S CERTIFICATION OF**
20                                                         **INTERESTED ENTITIES OR**
             v.                                            **PERSONS AND CORPORATE**
21                                                         **DISCLOSURE STATEMENT**
     GITHUB, INC., a Delaware corporation;
22   MICROSOFT CORPORATION, a Washington
     corporation; OPENAI, INC., a Delaware nonprofit
23   corporation; OPENAI, L.P., a Delaware limited
     partnership; OPENAI GP, L.L.C., a Delaware
24   limited liability company; OPENAI STARTUP
     FUND GP I, L.L.C., a Delaware limited liability
25   company; OPENAI STARTUP FUND I, L.P., a
     Delaware limited partnership; OPENAI STARTUP
26   FUND MANAGEMENT, LLC, a Delaware limited
     liability company,
27
                      Defendants.
28

1    ROSE S. LEE (SBN 294658)
     RoseLee@mofo.com
2    MORRISON & FOERSTER LLP
     707 Wilshire Boulevard
3    Los Angeles, California 90017-3543
     Telephone:     (213) 892-5200
4    Facsimile:     (213) 892-5454

1           Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, OpenAI Startup Fund I,

2    L.P. states that OpenAI Startup Fund GP I, L.L.C. is its parent company and Microsoft

3    Corporation owns 10% or more of its stock.

4           Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other

5    than the named parties, the undersigned is not aware of any persons, associations of persons,

6    firms, partnerships, corporations (including, but not limited to, parent corporations), or other

7    entities that (i) have a financial interest in the subject matter in controversy or in a party to the

8    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

9    substantially affected by the outcome of this proceeding.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Dated: December 6, 2022       MORRISON & FOERSTER LLP

2

3                        By:   */s/ Michael A. Jacobs*

4                            Michael A. Jacobs

5                     MICHAEL A. JACOBS (SBN 111664)
MJacobs@mofo.com

6                     TIFFANY CHEUNG (SBN 211497)
TCheung@mofo.com

7                     MORRISON & FOERSTER LLP
425 Market Street

8                     San Francisco, California  94105-2482
Telephone:    (415) 268-7000

9                     Facsimile:    (415) 268-7522

10                    JOSEPH C. GRATZ (SBN 240676)
JGratz@durietangri.com

11                   DURIE TANGRI
217 Leidesdorff Street

12                   San Francisco, California 94111-3007
Telephone:   (415) 362-6666

13                   Facsimile:   (415) 236-6300

14                   ROSE S. LEE (SBN 294658)
RoseLee@mofo.com

15                   MORRISON & FOERSTER LLP
707 Wilshire Boulevard

16                   Los Angeles, California 90017-3543
Telephone:   (213) 892-5200

17                   Facsimile:   (213) 892-5454

18                   Attorneys for Defendants OPENAI, INC., a
Delaware nonprofit corporation, OPENAI,

19                   L.P., a Delaware limited partnership;
OPENAI GP, L.L.C., a Delaware limited

20                   liability company; OPENAI STARTUP
FUND GP I, L.L.C., a Delaware limited

21                   liability company; OPENAI STARTUP
FUND I, L.P., a Delaware limited

22                   partnership; OPENAI STARTUP FUND
MANAGEMENT, LLC, a Delaware limited

23                   liability company

24

25

26

27

28

OpenAI Startup Fund I, L.P.'s Certificate of Interested Entities
Case No. 3:22-cv-07074-LB
SF-4988252.1                                        2