1  MICHAEL A. JACOBS (SBN 111664)
   MJacobs@mofo.com
2  TIFFANY CHEUNG (SBN 211497)
   TCheung@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:     (415) 268-7000
5  Facsimile:     (415) 268-7522

6  JOSEPH C. GRATZ (SBN 240676)
   JGratz@durietangri.com
7  DURIE TANGRI
   217 Leidesdorff Street
8  San Francisco, California 94111-3007
   Telephone:   (415) 362-6666
9  Facsimile:   (415) 236-6300
   [CAPTION PAGE CONTINUED ON NEXT PAGE]

10

11 Attorneys for Defendants OPENAI, INC., a Delaware nonprofit
   corporation, OPENAI, L.P., a Delaware limited partnership;
   OPENAI GP, L.L.C., a Delaware limited liability company;
12 OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited
   liability company; OPENAI STARTUP FUND I, L.P., a
13 Delaware limited partnership; OPENAI STARTUP FUND
   MANAGEMENT, LLC, a Delaware limited liability company

14                 UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17

18 J. DOE 3 and J. DOE 4, individually and on behalf        Case No. 3:22-cv-07074-LB
   of all others similarly situated,
19                                                          **OPENAI STARTUP FUND**
                    Plaintiffs,                             **MANAGEMENT, LLC'S**
20                                                          **CERTIFICATION OF**
           v.                                               **INTERESTED ENTITIES OR**
21                                                          **PERSONS AND CORPORATE**
   GITHUB, INC., a Delaware corporation;                    **DISCLOSURE STATEMENT**
22 MICROSOFT CORPORATION, a Washington
   corporation; OPENAI, INC., a Delaware nonprofit
23 corporation; OPENAI, L.P., a Delaware limited
   partnership; OPENAI GP, L.L.C., a Delaware
24 limited liability company; OPENAI STARTUP
   FUND GP I, L.L.C., a Delaware limited liability
25 company; OPENAI STARTUP FUND I, L.P., a
   Delaware limited partnership; OPENAI STARTUP
26 FUND MANAGEMENT, LLC, a Delaware limited
   liability company,
27
                    Defendants.
28

1  ROSE S. LEE (SBN 294658)
   RoseLee@mofo.com
2  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
3  Los Angeles, California 90017-3543
   Telephone:   (213) 892-5200
4  Facsimile:   (213) 892-5454

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, OpenAI Startup Fund

2  Management, LLC states that it has no parent company and no publicly-held corporation owns

3  10% or more of its stock.

4       Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other

5  than the named parties, the undersigned is not aware of any persons, associations of persons,

6  firms, partnerships, corporations (including, but not limited to, parent corporations), or other

7  entities that (i) have a financial interest in the subject matter in controversy or in a party to the

8  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

9  substantially affected by the outcome of this proceeding.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | Dated: December 6, 2022 |
| 2 | |

MORRISON & FOERSTER LLP


By:   */s/ Michael A. Jacobs*
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
      Michael A. Jacobs

MICHAEL A. JACOBS (SBN 111664)
MJacobs@mofo.com
TIFFANY CHEUNG (SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     (415) 268-7000
Facsimile:      (415) 268-7522

JOSEPH C. GRATZ (SBN 240676)
JGratz@durietangri.com
DURIE TANGRI
217 Leidesdorff Street
San Francisco, California 94111-3007
Telephone:    (415) 362-6666
Facsimile:      (415) 236-6300

ROSE S. LEE (SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:    (213) 892-5200
Facsimile:      (213) 892-5454

Attorneys for Defendants OPENAI, INC., a
Delaware nonprofit corporation, OPENAI,
L.P., a Delaware limited partnership;
OPENAI GP, L.L.C., a Delaware limited
liability company; OPENAI STARTUP
FUND GP I, L.L.C., a Delaware limited
liability company; OPENAI STARTUP
FUND I, L.P., a Delaware limited
partnership; OPENAI STARTUP FUND
MANAGEMENT, LLC, a Delaware limited
liability company