1    MICHAEL A. JACOBS (SBN 111664)
     MJacobs@mofo.com
2    TIFFANY CHEUNG (SBN 211497)
     TCheung@mofo.com
3    MORRISON & FOERSTER LLP
     425 Market Street
4    San Francisco, California  94105-2482
     Telephone:    (415) 268-7000
5    Facsimile:     (415) 268-7522

6    JOSEPH C. GRATZ (SBN 240676)
     JGratz@durietangri.com
7    DURIE TANGRI
     217 Leidesdorff Street
8    San Francisco, California 94111-3007
     Telephone:   (415) 362-6666
9    Facsimile:     (415) 236-6300
     [CAPTION PAGE CONTINUED ON NEXT PAGE]
10
     Attorneys for Defendants OPENAI, INC., a Delaware nonprofit
11   corporation, OPENAI, L.P., a Delaware limited partnership;
     OPENAI GP, L.L.C., a Delaware limited liability company;
12   OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited
     liability company; OPENAI STARTUP FUND I, L.P., a
13   Delaware limited partnership; OPENAI STARTUP FUND
     MANAGEMENT, LLC, a Delaware limited liability company
14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                       SAN FRANCISCO DIVISION
17

18   J. DOE 3 and J. DOE 4, individually and on behalf      Case No. 3:22-cv-07074-LB
     of all others similarly situated,
19                                                           **OPENAI GP, L.L.C.'S**
                        Plaintiffs,                          **CERTIFICATION OF**
20                                                           **INTERESTED ENTITIES OR**
             v.                                              **PERSONS AND CORPORATE**
21                                                           **DISCLOSURE STATEMENT**

22   GITHUB, INC., a Delaware corporation;
     MICROSOFT CORPORATION, a Washington
     corporation; OPENAI, INC., a Delaware nonprofit
23   corporation; OPENAI, L.P., a Delaware limited
     partnership; OPENAI GP, L.L.C., a Delaware
24   limited liability company; OPENAI STARTUP
     FUND GP I, L.L.C., a Delaware limited liability
25   corporation; OPENAI STARTUP FUND I, L.P., a
     Delaware limited partnership; OPENAI STARTUP
26   FUND MANAGEMENT, LLC, a Delaware limited
     liability company,
27
                        Defendants.
28

1    ROSE S. LEE (SBN 294658)
     RoseLee@mofo.com
2    MORRISON & FOERSTER LLP
     707 Wilshire Boulevard
3    Los Angeles, California 90017-3543
     Telephone:    (213) 892-5200
4    Facsimile:    (213) 892-5454

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, OpenAI GP, L.L.C. states

2    that OpenAI, Inc. is its parent company and no publicly-held corporation owns 10% or more of

3    its stock.

4        Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other

5    than the named parties, the undersigned is not aware of any persons, associations of persons,

6    firms, partnerships, corporations (including, but not limited to, parent corporations), or other

7    entities that (i) have a financial interest in the subject matter in controversy or in a party to the

8    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

9    substantially affected by the outcome of this proceeding.

1   Dated: December 6, 2022                MORRISON & FOERSTER LLP

2

3                                          By:   /s/ Michael A. Jacobs

4                                                Michael A. Jacobs

5                                          MICHAEL A. JACOBS (SBN 111664)
                                           MJacobs@mofo.com
6                                          TIFFANY CHEUNG (SBN 211497)
                                           TCheung@mofo.com
7                                          MORRISON & FOERSTER LLP
                                           425 Market Street
8                                          San Francisco, California  94105-2482
                                           Telephone:     (415) 268-7000
9                                          Facsimile:     (415) 268-7522

10                                         JOSEPH C. GRATZ (SBN 240676)
                                           JGratz@durietangri.com
11                                         DURIE TANGRI
                                           217 Leidesdorff Street
12                                         San Francisco, California 94111-3007
                                           Telephone:     (415) 362-6666
13                                         Facsimile:     (415) 236-6300

14                                         ROSE S. LEE (SBN 294658)
                                           RoseLee@mofo.com
15                                         MORRISON & FOERSTER LLP
                                           707 Wilshire Boulevard
16                                         Los Angeles, California 90017-3543
                                           Telephone:     (213) 892-5200
17                                         Facsimile:     (213) 892-5454

18                                         Attorneys for Defendants OPENAI, INC., a
                                           Delaware nonprofit corporation, OPENAI,
19                                         L.P., a Delaware limited partnership;
                                           OPENAI GP, L.L.C., a Delaware limited
20                                         liability company; OPENAI STARTUP
                                           FUND GP I, L.L.C., a Delaware limited
21                                         liability company; OPENAI STARTUP
                                           FUND I, L.P., a Delaware limited
22                                         partnership; OPENAI STARTUP FUND
                                           MANAGEMENT, LLC, a Delaware limited
23                                         liability company

24

25

26

27

28