1   MICHAEL A. JACOBS (SBN 111664)
    MJacobs@mofo.com
2   TIFFANY CHEUNG (SBN 211497)
    TCheung@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone:   (415) 268-7000
5   Facsimile:   (415) 268-7522

6   JOSEPH C. GRATZ (SBN 240676)
    JGratz@durietangri.com
7   DURIE TANGRI
    217 Leidesdorff Street
8   San Francisco, California 94111-3007
    Telephone:   (415) 362-6666
9   Facsimile:   (415) 236-6300
    [CAPTION PAGE CONTINUED ON NEXT PAGE]
10

    Attorneys for Defendants OPENAI, INC., a Delaware nonprofit
11  corporation, OPENAI, L.P., a Delaware limited partnership;
    OPENAI GP, L.L.C., a Delaware limited liability company;
12  OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited
    liability company; OPENAI STARTUP FUND I, L.P., a
13  Delaware limited partnership; OPENAI STARTUP FUND
    MANAGEMENT, LLC, a Delaware limited liability company
14
                    UNITED STATES DISTRICT COURT
15
                 NORTHERN DISTRICT OF CALIFORNIA
16
                      SAN FRANCISCO DIVISION
17

18  J. DOE 3 and J. DOE 4, individually and on behalf          Case No. 3:22-cv-07074-LB
    of all others similarly situated,
19                                                             **OPENAI, INC.'S**
             Plaintiffs,                                       **CERTIFICATION OF**
20                                                             **INTERESTED ENTITIES OR**
         v.                                                    **PERSONS AND CORPORATE**
21                                                             **DISCLOSURE STATEMENT**
    GITHUB, INC., a Delaware corporation;
22  MICROSOFT CORPORATION, a Washington
    corporation; OPENAI, INC., a Delaware nonprofit
23  corporation; OPENAI, L.P., a Delaware limited
    partnership; OPENAI GP, L.L.C., a Delaware
24  limited liability company; OPENAI STARTUP
    FUND GP I, L.L.C., a Delaware limited liability
25  company; OPENAI STARTUP FUND I, L.P., a
    Delaware limited partnership; OPENAI STARTUP
26  FUND MANAGEMENT, LLC, a Delaware limited
    liability company,
27
             Defendants.
28

OPENAI, INC.'S CERTIFICATE OF INTERESTED ENTITIES
Case No. 3:22-cv-07074-LB
SF-4988219.1

1  ROSE S. LEE (SBN 294658)
   RoseLee@mofo.com
2  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
3  Los Angeles, California 90017-3543
   Telephone:    (213) 892-5200
4  Facsimile:    (213) 892-5454

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, OpenAI Inc. states that it

2  has no parent company and no publicly-held corporation owns 10% or more of its stock.

3    Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other

4  than the named parties, the undersigned is not aware of any persons, associations of persons,

5  firms, partnerships, corporations (including, but not limited to, parent corporations), or other

6  entities that (i) have a financial interest in the subject matter in controversy or in a party to the

7  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

8  substantially affected by the outcome of this proceeding.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1     Dated: December 6, 2022             MORRISON & FOERSTER LLP

2

3                              By:    */s/ Michael A. Jacobs*
                                     Michael A. Jacobs

4

5                            MICHAEL A. JACOBS (SBN 111664)
                           MJacobs@mofo.com

6                            TIFFANY CHEUNG (SBN 211497)
                           TCheung@mofo.com

7                            MORRISON & FOERSTER LLP
                           425 Market Street

8                            San Francisco, California  94105-2482
                           Telephone:    (415) 268-7000

9                            Facsimile:    (415) 268-7522

10                           JOSEPH C. GRATZ (SBN 240676)
                          JGratz@durietangri.com

11                           DURIE TANGRI
                          217 Leidesdorff Street

12                           San Francisco, California 94111-3007
                          Telephone:    (415) 362-6666

13                           Facsimile:    (415) 236-6300

14                           ROSE S. LEE (SBN 294658)
                          RoseLee@mofo.com

15                           MORRISON & FOERSTER LLP
                          707 Wilshire Boulevard

16                           Los Angeles, California 90017-3543
                          Telephone:    (213) 892-5200

17                           Facsimile:    (213) 892-5454

18                           Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI,

19                           L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited

20                           liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited

21                           liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited

22                           partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company

23

24

25

26

27

28