Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               swilliams@saverilawfirm.com
               czirpoli@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@butericklaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>                       Defendants. | Case No. 4:22-cv-06823-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION AND SCHEDULING** |
| J. DOE 3, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>                       Defendants. | Related Case No. 4:22-cv-07074-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION AND SCHEDULING** |

WHEREAS, on November 3, 2022, Plaintiffs Doe 1 and Doe 2 (the "*Doe 1* Plaintiffs") filed a Complaint (ECF No. 1) against Defendants GitHub, Inc.; Microsoft Corporation; OpenAI, Inc.; OpenAI, L.P.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC[1] in *Doe 1, et al. v. GitHub, Inc., et al.*, No. 4:22-cv-06823-KAW (N.D. Cal.) (the "*Doe 1* Action");

WHEREAS, on November 10, 2022, Plaintiffs Doe 3 and Doe 4 (the "*Doe 3* Plaintiffs")[2] filed a Complaint (ECF No. 1) against Defendants in *Doe 3, et al. v. GitHub, Inc., et al.*, No. 3:2022cv07074-LB (N.D. Cal.) (the "*Doe 3* Action");

WHEREAS, on November 15, 2022, Plaintiffs filed an Administrative Motion to Consider Whether Cases Should Be Related regarding the *Doe 1* Action and the *Doe 3* Action (ECF No. 15) ("Motion to Relate");

WHEREAS, the Court has granted Plaintiffs' Motion to Relate;

WHEREAS, the *Doe 1* Action and the *Doe 3* Action have been served;

WHEREAS, the parties named as Defendants in the *Doe 1* Action and the *Doe 3* Action have not filed answers nor otherwise responded to the complaints in those actions;

WHEREAS, Civil Local Rule 6-1 permits the parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint" so long as "the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, the parties have conferred and agreed that the *Doe 1* Action and the *Doe 3* Action shall be consolidated for purposes of discovery and motion practice, and that the *Doe* 3 complaint shall be the operative complaint such that Defendants shall only be required to answer or otherwise respond to the complaint in the *Doe 3* Action (the "Complaint");

---

[1] GitHub, Inc. is referred to as "GitHub." Microsoft Corporation is referred to as "Microsoft." OpenAI, Inc.; OpenAI, L.P.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC are referred to collectively herein as "OpenAI." Collectively, GitHub, Inc., Microsoft Corporation, OpenAI, Inc.; OpenAI, L.P.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC are referred to herein as "Defendants."

[2] Collectively, Does 1–4 are referred to herein as "Plaintiffs."

WHEREAS, in light of a prior extension, Defendants' response to the Complaint in the *Doe 3* Action is currently due January 4, 2023;

WHEREAS, the parties have conferred and agreed to a further extension of the deadline for Defendants to move or otherwise respond to the Complaint as well as Plaintiffs' response and Defendants' replies to any such motion;

WHEREAS, an extension of the deadline to respond to the Complaint will not alter the date of any event or deadline already fixed by Court order; and

WHEREAS, Defendants do not waive, and expressly reserve, all available defenses.

**NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate and agree that, subject to the approval of the Court:

1. The *Doe 1* Action and the *Doe 3* Action shall be consolidated for purposes of all discovery and motion practice;

2. The Complaint in the *Doe 3* Action shall be deemed the operative Complaint;

3. Defendants' deadline to respond to the operative Complaint shall be extended to January 26, 2023;

4. Plaintiffs' oppositions to any motion(s) filed by Defendants in response to the Complaint shall be due on March 9, 2023; and

5. Defendants' replies to any such motions shall be due on April 6, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Honorable Jon S. Tigar
United States Judge

| | | |
|---|---|---|
| Dated: December 15, 2022 | By: | */s/ Joseph R. Saveri* |
| | | Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               swilliams@saverilawfirm.com
               czirpoli@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               tmanfredi@saverilawfirm.com

*Counsel for Plaintiffs and the Proposed Class*

| | | |
|---|---|---|
| Dated: December 15, 2022 | By: | /s/ Annette L. Hurst |
| | | Annette L. Hurst |

Annette L. Hurst (State Bar No. 148738)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:    415 773 5700
Facsimile:    415-773-5759
Email:        ahurst@orrick.com

*Counsel for GitHub, Inc. and Microsoft Corporation*

| | | |
|---|---|---|
| Dated: December 15, 2022 | By: | /s/ Joseph C. Gratz |
| | | Joseph C. Gratz |

Joseph C. Gratz (State Bar No. 240676)
**DURIE TANGRI LLP**
217 Leidesdorff St
San Francisco, CA 94111
Telephone:    415-362-6666
Facsimile:    415-236-6300
Email:        JGratz@durietangri.com

*Counsel for OpenAI, Inc.; OpenAI, L.P.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: December 15, 2022            By:      */s/ Joseph R. Saveri*
                                                 Joseph R. Saveri