# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

J. DOE 1, et al.,

   Individual and Representative Plaintiffs,

v.

GITHUB, INC., et al.,

                        Defendants.

Case Nos. 4:22-cv-06823-JST
              4:22-cv-07074-JST

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**

1  The Court has considered Plaintiffs' Motion to Remove Incorrectly Filed Document (the
2  "Motion"). The Court hereby orders the previously filed JCMS (ECF No. 149) permanently
3  removed from the Court's public docket and ECF system and that the later-filed redacted copy
4  of the JCMS, ECF No. 153, shall be treated as the operative document instead.
5  **IT IS SO ORDERED.**

7  Dated:  September 19, 2023

8  _____
9  HON. JON S. TIGAR
   United States District Judge