1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al., | Case Nos. 4:22-cv-06823-JST |
| Individual and Representative Plaintiffs, | 4:22-cv-07074-JST |
| v. | |
| GITHUB, INC., et al., | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF JOINT CASE MANAGEMENT STATEMENT** |
| Defendants. | |

4:22-cv-06823-JST

The Court has considered Plaintiffs' Administrative Motion to File Under Seal Portions of Joint Case Management Statement (the "Motion"), and the Declaration of Travis Manfredi submitted in support thereof. The Court finds the identified portion in the chart below is extremely sensitive Confidential Information or Items, disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means and that the highlighted portion is narrowly tailored to seal only the sealable material.

| Reference | Description of Information | Reason for Sealing | Ruling |
|---|---|---|---|
| JCMS page 9, lines 25–27 | Descriptions of Plaintiffs' code projects | This information would allow the public to determine Plaintiffs' true identities. The Court has already determined it is appropriate for portions of Plaintiffs code to be filed under seal to protect their identities from being revealed. ECF No. 133. | Granted |

The Motion is hereby GRANTED with regard to the portion in the table above and this Court orders that it be redacted in the public filing and maintained under seal.

**IT IS SO ORDERED.**

Dated: September 19, 2023

HON. JON S. TIGAR
United States District Judge